UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMY BUMBARGER,**, | ) |
| Plaintiff | ) ) ) |
| | ) **Case No.: 2:16-cv-00127-MRH** |
| v. | ) ) |
| **CAPITAL ONE BANK, N.A.,** | ) ) |
| Defendant | ) ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 7, 2016          BY: */s/ Craig Thor Kimmel*
                                 Craig Thor Kimmel, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Avenue
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Facsimile: (877) 788-2864
                                 Email: kimmel@creditlaw.com
                                 Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Laura A. Lange, Esq.
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222
Phone: 412-667-7941
412-667-7961 (fax)
Email: llange@mcguirewoods.com

Dated: <u>December 7, 2016</u>        BY: <u>*/s/ Craig Thor Kimmel*</u>
                                                          Craig Thor Kimmel, Esquire
                                                          Kimmel & Silverman, P.C.
                                                          30 E. Butler Avenue
                                                          Ambler, PA 19002
                                                          Phone: (215) 540-8888
                                                          Facsimile: (877) 788-2864
                                                          Email: kimmel@creditlaw.com
                                                          Attorney for the Plaintiff