UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY BUMBARGER,<br><br>      Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>      Defendant | CASE NO. 2:16-cv-00127<br><br>Hon. Mark R. Hornak |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amy Bumbarger ("Plaintiff") and Defendant Capital One Bank (USA), N.A. (incorrectly captioned as Capital One Bank, N.A.), ("Defendant"), hereby stipulate to the dismissal of all claims asserted in the above-captioned action with prejudice. Each party shall bear its own costs, attorney's fees and expenses.

Respectfully submitted,

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Pa. Id. No. 57100
KIMMEL & SILVERMAN, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
kimmel@creditlaw.com

*Attorneys for Plaintiff*

/s/ Laura A. Lange*
Laura A. Lange
Pa. Id. No. 310733
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000
(412) 667-6050 (fax)
llange@mcguirewoods.com
* with permission

*Attorneys for Defendant Capital One Bank (USA), N.A.*

AND NOW, this 7th day of December, 2016
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE